**STATE of Missouri, Respondent,**

v.

**Edward T. WRIGHT, Appellant.**

No. 73094.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 25, 1998.

Michael D. Burton, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

Defendant, Edward T. Wright, appeals from the judgment entered after a jury found him guilty of sexual abuse in the first degree. Defendant was sentenced as a prior offender to five years imprisonment. No jurispruden-

tial purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).